UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

-------------------------------------------------------------------------------------------X
| |  |
|---|---|
| In Re: | : |
|  | : Chapter 13 |
| Willa Hurson | : |
|  | : Case No. 15-38196 |
|  | : |
|  | : Judge:  Thorne |
|  | :Trustee:  Marshall |
|  | : |

-------------------------------------------------------------------------------------------X

## NOTICE OF COMPLETION

TO:   United States Department of Justice
Office of the United States Trustee
Attn.: Jeffrey S. Snell, Trial Attorney
219 S. Dearborn Street, Room 873
Chicago, IL  60604
VIA ECF

    As an attorney, I certify under penalty of perjury that I completed three hours of Illinois Accredited MCLE in Consumer Bankruptcy Law on January 21, 2016.  Additionally, I certify under penalty of perjury that I read the United States Bankruptcy Court for the Northern District of Illinois' Administrative Procedures for the Case Management/Electronic Case Filing System on January 20, 2016.

    /s/ Austin J. Pollak

    By:  Austin J. Pollak

Austin J. Pollak
SCHALLER LAW FIRM
Attorney for Debtor(s)
700 Commerce Drive
Suite 500
Oak Brook, IL 60523
630-655-1233